UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:

Jason Wolfe & Meranda Wolfe
Social Security No.:
xxx-xx-2307 and xxx-xx-1229
Address:
1124 Charlie Long Rd., Hurdle Mills, NC 27541-

Case No. 10-80691- -
Chapter 13

Debtors

## RESPONSE TO TRUSTEE'S
## MOTION TO ALLOW DISBURSEMENT OF FUNDS

NOW come the above captioned Debtors, by and through the undersigned attorney and respectfully move the Court to deny the Motion filed by the Chapter 13 Trustee on March 8, 2011, to allow disbursement of funds for the reasons laid out in their **Motion to Allow Debtors to File Late Claim, for Attorney's Fees and for Violation of 12 U.S.C. § 2605(e)**.

Dated: March 14, 2011

Law Office of John T Orcutt

/s Edward C. Boltz
Edward C. Boltz
Attorney for Plaintiff
NC State Bar No.: 23003
1738 Hillandale Road
Durham NC 27705
eboltz@johnorcutt.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
DURHAM DIVISION

In Re:

Jason Wolfe & Meranda Wolfe
Social Security No.:
xxx-xx-2307 and xxx-xx-1229
Address:
1124 Charlie Long Rd., Hurdle Mills, NC 27541-

Case No. 10-80691- -
Chapter 13

Debtors

## CERTIFICATE OF SERVICE

I, Edward C. Boltz , certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age and that on March 14, 2011 , I served copies of the foregoing **RESPONSE TO TRUSTEE'S MOTION TO ALLOW DISBURSEMENT OF FUNDS** electronically, or when unavailable, by regular first-class U.S. mail, addressed to the following parties:

Richard M. Hutson, II
Chapter 13 Trustee

Michael West
U.S. Bankruptcy Administrator

Jason &Meranda Wolfe
1124 Charlie Long Rd.
Hurdle Mills, NC 27541

Bank of America
Attn: Managing Agent
400 National Way
Mailstop CA6-919-02-22
Simi Valley CA 93065

BAC Home Loans
Attn: Managing Agent
Post Office Box 5170
Simi Valley CA 93062-5170

and by certified mail, return receipt requested:

Bank of America
Attn: Managing Agent
400 National Way
Mailstop CA6-919-02-22
Simi Valley CA 93065

BAC Home Loans
Attn: Managing Agent
Post Office Box 5170
Simi Valley CA 93062-5170

All creditors with duly filed claims as listed on the attached Report of Claims Filed at the addresses listed thereon.

/s Edward C. Boltz
Edward C. Boltz